

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2019

No. 04-18-00614-CV

Dennis **BUXTON** and Son Chu Buxton,
Appellants

v.

**UNITED SERVICES AUTOMOBILE ASSOCIATION**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-20679
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

One or more of the issues presented in *Dennis Buxton and Son Chu Buxton v. United Services Automobile Association*, No. 04-18-00614-CV, which is pending before this court, are similar to issues in *Oscar Ortiz v. State Farm Lloyds*, which is currently pending before the Texas Supreme Court in cause number 17-1048. The supreme court held oral argument in *Ortiz* on February 20, 2019. Because the supreme court's resolution of *Ortiz* may impact the present appeal, this court has determined that abating this appeal pending a decision by the supreme court will likely achieve the greatest judicial efficiency. Therefore, we **ORDER** the appeal in *Dennis Buxton and Son Chu Buxton v. United Services Automobile Association*, No. 04-18-00614-CV, **ABATED**. For administrative purposes, we **ORDER** the clerk of this court to treat this appeal as a closed case unless and until appellants file a motion requesting its reinstatement following the Texas Supreme Court's resolution of the issues in *Ortiz*.

We further **order** the clerk of this court to serve a copy of this order on all counsel.

It is so ORDERED on this 4th day of March, 2019.						**PER CURIAM**

ATTESTED TO: _____
                     Keith E. Hottle,
                     Clerk of Court

